# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAROLD WILLIAM VAN ALLEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-305-JWD-SDJ** |
| **ROBERT MUELLER, DONALD TRUMP, MIKE PENCE, JEFF SESSIONS, CHIEF JUSTICE OF THE UNITED STATES AND JUDGES FROM THE U.S. DISTRICT COURT OF APPEALS FOR THE D.C. CIRCUIT** | |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have **14 days** after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on April 14, 2022.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**HAROLD WILLIAM VAN ALLEN**                               **CIVIL ACTION**

**VERSUS**                                                 **NO. 20-305-JWD-SDJ**

**ROBERT MUELLER, DONALD TRUMP,
MIKE PENCE, JEFF SESSIONS, CHIEF
JUSTICE OF THE UNITED STATES AND
JUDGES FROM THE U.S. DISTRICT COURT
OF APPEALS FOR THE D.C. CIRCUIT**

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff initiated this action on May 15, 2020, alleging, *inter alia*, judicial misconduct. (R. Doc. 1). On July 19, 2020, the Court issued an Order (R. Doc. 2) giving Plaintiff 21 days, or until August 9, 2020, to "pay $402.00, the full amount of the Court's filing fee, or file a Motion to Proceed *in Forma Pauperis*."[1] The Order also put Plaintiff on notice that failure to comply with the Order "shall result in the dismissal of the Plaintiff's Complaint without further notice from the Court."[2]

Local Civil Rule 41(b) allows the Court to dismiss any cause of action for a plaintiff's failure to prosecute.[3] Here, Plaintiff was notified that his cause of action would be dismissed if he failed to pay the filing fee or failed to file for *in Forma Pauperis* status by August 9, 2020. He did

---

[1] R. Doc. 2.
[2] *Id*.
[3] According to Local Civil Rule 41(b)(2): "Prior to issuance of a dismissal, notice shall be sent to the plaintiff, and plaintiff shall be allowed fourteen calendar days from mailing of the notice within which to file evidence of good cause for plaintiff's failure to act. If no response is received within the allotted time, the Court may dismiss the civil action."

neither. He also has taken no action in this case since he filed his Complaint over a year and a half ago.

Accordingly,

**IT IS RECOMMEDED** that Plaintiff's action be **DISMISSED without prejudice** for failure to prosecute under Local Civil Rule 41(b).

Signed in Baton Rouge, Louisiana, on April 14, 2022.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**