**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**HAROLD WILLIAM VAN ALLEN**

**VERSUS**

**ROBERT MUELLER, DONALD TRUMP, MIKE PENCE, JEFF SESSIONS, CHIEF JUSTICE OF THE UNITED STATES AND JUDGES FROM THE U.S. DISTRICT COURT OF APPEALS FOR THE D.C. CIRCUIT**

**CIVIL ACTION**

**NO. 20-305-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 14, 2022, (Doc. 4), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's action is DISMISSED without prejudice for failure to prosecute under Local Civil Rule 41(b).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on May 2, 2022.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**